UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

DANIEL MASAS

                              Plaintiff,

    **-v.-**

                              Civil Action No.
                              9:13-cv-617 (GLS/ATB)

T. CONTE, *et al.*

                              Defendant.

--------------------------------------------------------------------------------

APPEARANCES:                      OF COUNSEL:

**FOR THE PLAINTIFF:**

DANIEL MASAS
*Pro Se*
12-A-1029
Great Meadow Correctional Facility
Box 51
Comstock, New York 12821

**FOR THE DEFENDANTS:**

HON. ERIC T. SCHNEIDERMAN        JOSHUA L. FARRELL, ESQ.
New York State Attorney General       Assistant Attorney General
The Capitol
Albany, New York 12224

GARY L. SHARPE,
CHIEF JUDGE

## **<u>ORDER</u>**

    The above-captioned matter comes to this court following a Report-

Recommendation by Magistrate Judge Andrew T. Baxter, duly filed March

25, 2015.  Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED that the Report-Recommendation of Magistrate Judge Andrew T. Baxter filed March 25, 2015 (Dkt. No. 47) is ACCEPTED in its entirety for the reasons stated therein; and it is further

ORDERED that defendants' motion for summary judgment (Dkt. No. 44) is GRANTED, and that plaintiff's amended complaint is DISMISSED; and it is further

ORDERED that the Clerk close this case and provide a copy of this Order to the parties in accordance to the local rules.

IT IS SO ORDERED.

Dated:    April 16, 2015
          Albany, New York

Gary L. Sharpe
Chief Judge
U.S. District Court